UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee, on behalf of PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, PAINTERS' DISTRICT COUNCIL NO. 30 PENSION FUND, and NORTHERN ILLINOIS PAINTERS, DECORATORS AND DRYWALL FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND; DONALD STEADMAN, Trustee, on behalf of the NORTHERN ILLINOIS PAINTING AND DRYWALL INSTITUTE; and the DISTRICT COUNCIL NO. 30 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, a labor organization,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>DE'COR CONSTRUCTION, INC. an Illinois Corporation, and ROBERT OLSZEWSKI in his individual capacity, and BRIDGET OLSZEWSKI in her individual capacity,<br><br>　　　　　　Defendants. | Case No. 08 CV 2770<br><br>Judge Kocoras |

**NOTICE OF MOTION**

TO:　See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday, July 22, 2008, at 9:30 a.m., I shall appear before the Honorable Charles P Kocoras in the courtroom usually occupied by him at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion for Default and Default Judgment**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/  M. Garrett Hohimer
　　　　　　　　　　　　　　　　　M. Garrett Hohimer
　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

Marisel Hernandez
M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton and Hernandez
122 S. Michigan Avenue, Suite 1720
Chicago, IL 60603       (312) 372-1646

## CERTIFICATE OF SERVICE

  I certify that on July 16, 2008, I electronically filed the foregoing NOTICE OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT with the Clerk of the court using the CM/ECF system; however, there are no attorneys of record who will be sent electronic notification of such filing.

  I certify that on July 16, 2008, I caused a copy of the attached NOTICE OF MOTION FOR DEFAULT AND DEFAULT JUDGMENT to be delivered by email and facsimile in accordance with Fed. R. Civ. P. 5(b)(2)(E), to:

Derek Samz, Attorney for Defendants
216 Higgins Rd
Park Ridge, IL 60068
dsamz@dimontelaw.com
F: 847-698-9600

                /s/  M. Garrett Hohimer