**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2770 |

CHARLES E. ANDERSON, Trustee, on behalf of
PAINTERS' DIST. COUNCIL NO. 30, HEALTH &
WELFARE FUND, et al.

    v.

DE'COR CONSTRUCTION, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DE'COR CONSTRUCTION, INC., ROBERT OLSZEWSKI, and BRIDGET OLSZEWSKI

| NAME (Type or print) |
|---|
| Riccardo A. DiMonte |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|    s/ Riccardo A. DiMonte |
| FIRM |
| DiMonte & Lizak, LLC |
| STREET ADDRESS |
| 216 West Higgins Road |
| CITY/STATE/ZIP |
| Park Ridge, Illinois |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191706 | 847-698-9600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐