IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES E. ANDERSON, Trustee, on behalf of )
PAINTERS' DISTRICT COUNCIL NO. 30 )
HEALTH AND WELFARE FUND, PAINTERS' )
DISTRICT COUNCIL NO. 30 PENSION FUND, )
and NORTHERN ILLINOIS PAINTERS, )
DECORATORS AND DRYWALL FINISHERS )
JOINT APPRENTICESHIP & TRAINING FUND; )
DONALD STEADMAN, Trustee, on behalf of the )
NORTHERN ILLINOIS PAINTING & DRYWALL )
INSTITUTE; and the DISTRICT COUNCIL NO. )
30 OF THE INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES, AFL-CIO, a )
labor organization, )
                              Plaintiffs, )

v. )         Case No.      08 CV 2770
                                       )
DE'COR CONSTRUCTION, INC., an Illinois )     Judge Kocoras
Corporation, and ROBERT OLSZEWSKI, in his )   Magistrate Judge Cole
individual capacity, and BRIDGET OLSZEWSKI )
in her individual capacity, )
                                       )
                       Defendants. )

## NOTICE OF FILING

To:   Marisel Hernandez
       M.Garret Hohimer
       Jacobs Burns Orlove Stanton & Hernandez
       122 South Michigan Avenue, Suite 1720
       Chicago, IL 60603

      PLEASE TAKE NOTICE that on the 16th day of July, 2008, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, 60604, **Answer**, a copy of which is hereby served upon you.

                                     /s/ Riccardo A. DiMonte

Riccardo A. DiMonte, #6191706
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
dsamz@dimontelaw.com

## <u>CERTIFICATE OF SERVICE</u>

 I, Riccardo A. DiMonte, do hereby certify under penalties of perjury, that by 5:00 p.m. on the 16th day of July, 2008, I duly served the above-described notice, by ordinary first-class mail, upon counsel of record as listed on the Notice of Filing, unless such parties were electronically notified, together with a copy of **Answer** referred to herein.

/s/ Riccardo A. DiMonte     