# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CHARLES E. ANDERSON, Trustee, on behalf of
PAINTERS' DIST. COUNCIL NO. 30, HEALTH &
WELFARE FUND, et al.

v.

DE'COR CONSTRUCTION, INC.

Case Number: 08 CV 2770

FILED
JUL 17 2008
Jul 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DE'COR CONSTRUCTION, INC., ROBERT OLSZEWSKI, and BRIDGET OLSZEWSKI

| | |
|---|---|
| NAME (Type or print)<br>Derek D. Samz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Derek D. Samz | |
| FIRM<br>DiMonte & Lizak, LLC | |
| STREET ADDRESS<br>216 West Higgins Road | |
| CITY/STATE/ZIP<br>Park Ridge, IL 60068 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290656 | TELEPHONE NUMBER<br>847-698-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |