## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2770 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Anderson et al vs. De'Cor Construction, Inc. et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/22/2008. Plaintiffs' motion for default and default judgment is granted. IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiffs, and jointly and severally against defendants De'Cor Construction, Inc., Robert Olszewski, and Bridget Olszewski in the total amount of $259,545.10. All matters in controversy having been resolved, final judgment is entered. Status hearing set for 7/30/2008 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:04

| | Courtroom Deputy Initials: | SCT |
|---|---|---|