2.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee, on behalf of PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, PAINTERS' DISTRICT COUNCIL NO. 30 PENSION FUND, and NORTHERN ILLINOIS PAINTERS, DECORATORS AND DRYWALL FINISHERS JOINT APPRENTICESHIP AND TRAINING FUND; DONALD STEADMAN, Trustee, on behalf of the NORTHERN ILLINOIS PAINTING AND DRYWALL INSTITUTE; and the DISTRICT COUNCIL NO. 30 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO, a labor organization,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DE'COR CONSTRUCTION, INC. an Illinois Corporation, and ROBERT OLSZEWSKI in his individual capacity, and BRIDGET OLSZEWSKI in her individual capacity,<br><br>                    Defendants. | Case No.  08 CV 2770<br><br>Judge Kocoras |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Judgment by Default, and the Court having jurisdiction of the parties and the subject matter, and having been fully advised of the premises and that Defendants have executed a waiver of service, but failed to appear, answer, or otherwise defend this cause in any way, it is hereby ordered as follows:

1. That Plaintiff's Motion is granted and that Defendants are in default;

2. That a JUDGMENT be entered in favor of Plaintiff Charles E. Anderson, Trustee, on

behalf of the Painters' District Council No. 30 Health and Welfare Fund, the Painters' District Council No. 30 Pension Fund, and the Northern Illinois Painters, Decorators and Drywall Finishers Joint Apprenticeship and Training Fund; Plaintiff Donald Steadman, Trustee, on behalf of the Northern Illinois Painting and Drywall Institute; and Plaintiff District Council No. 30 of the International Union of Painters and Allied Trades, AFL-CIO, and jointly and severally against Defendants De'Cor Construction, Inc. ("De'Cor"), Robert Olszewski, and Bridget Olszewski in the total amount of $259,545.10.  This amount consists of:

(a) $120,643.50 in delinquent contributions disclosed by an audit covering the period of January 1, 2004 through December 31, 2007 ("Audit Period");

(b) $57,114.67 in total interest through July 15, 2008;

(c) $57,114.67 in interest as the greater of statutory liquidated damages or interest as provided by ERISA § 502(g)(2)(C)(ii);

(d) $2,568.13 in audit costs;

(e) $8,917.57 in attorneys fees and costs;

(f) $5,966.76 in union dues;

(g) $2,280.90 in defense fund assessments;

(h) $4,356.85 in Northern Illinois Painting and Drywall Institute assessments; and

(i) $582.05 in contributions to the Painters and Allied Trade Labor Management Cooperative Initiative, for the Audit Period;

3. That Defendants are enjoined from failing to submit accurate contribution reports;

4. That Plaintiffs are awarded execution for the collection of the judgment, fees and costs granted; and

5. That the Court retains jurisdiction of this cause to enforce this Order.

Dated:   **July 22, 2008**

*Charles P. Kocoras*
**CHARLES P. KOCORAS**
**U.S. District Court Judge**