# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Charles E. Anderson et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2770 |
| De'Cor Construction, Inc. et al | |

☐ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of the plaintiffs, and jointly and severally against defendants De'Cor Construction, Inc.  Robert Olszewski, and Bridget Olszewski in the total amount of $259,545.10.  This amount consists of:

A.  $120,643.50 in delinquent contributions disclosed by an audit covering the period of January 1, 2004 through December 31, 2007.

B.  $57,114.67 in total interest through July 15, 2008;

C.  $57,114.67 in interest as the greater of statutory liquidated damages or interest as provided by ERISA § 502(g)(2)(C)(ii);

D.  $2,568.13 in audit costs;

E.  $8,917.57 in attorneys fees and costs;

F.  $5,966.76 in union dues;

G.  $2,280.90 in defense fund assessments;

H.  $4,356.85 in Northern Illinois Painting and Drywall Institute assessments;

I.  $582.05 in contributions to the Painters and Allied Trade Labor Management Cooperative Initiative, for the Audit Period

The Defendants are enjoined from failing to submit accurate contributions reports.

The Plaintiffs are awarded execution for the collection of the judgment, fees and costs granted.

The Court retains jurisdiction of this case to enforce the order.

All matters in controversy having been resolved, final judgment is entered.

Michael W. Dobbins, Clerk of Court

Date: 7/22/2008                                    /s/ Stephen C. Tokoph, Deputy Clerk