IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. ANDERSON, Trustee, on behalf of PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, PAINTERS' DISTRICT COUNCIL NO. 30 PENSION FUND, and NORTHERN ILLINOIS PAINTERS, DECORATORS AND DRYWALL FINISHERS JOINT APPRENTICESHIP & TRAINING FUND; et al.,<br>                Plaintiffs,<br>v.<br>DE'COR CONSTRUCTION, INC., an Illinois Corporation, and ROBERT OLSZEWSKI, in his individual capacity, and BRIDGET OLSZEWSKI in her individual capacity,<br>                Defendants. | Case No.   08 CV 2770<br><br>Judge Kocoras<br>Magistrate Judge Cole |

## NOTICE OF MOTION

To:    Marisel Hernandez
        M.Garret Hohimer
        Jacobs Burns Orlove Stanton & Hernandez
        122 South Michigan Avenue, Suite 1720
        Chicago, IL 60603

**PLEASE TAKE NOTICE** that on the 31st day of July, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles Kocoras or any judge sitting in his stead, in courtroom 1725 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion to Vacate Default Judgment**, a copy of which is hereby served upon you.

                                              /s/ Riccardo A. DiMonte

Riccardo A. DiMonte, #6191706
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
dsamz@dimontelaw.com

## CERTIFICATE OF SERVICE

    I, Riccardo A. DiMonte, do hereby certify under penalties of perjury, that by 5:00 p.m. on the 29th day of July, 2008, I duly served the above-described notice, by ordinary first-class mail, upon counsel of record as listed on the Notice of Motion, unless such parties were electronically notified, together with a copy of the **Motion** referred to herein.

                                                                     /s/ Riccardo A. DiMonte