**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Charles E. Anderson, et al.
                      Plaintiff,

v.                                       Case No.: 1:08−cv−02770
                                       Honorable Charles P. Kocoras

De'Cor Construction, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/31/2008. Defendants' motion [21] to vacate default judgment is granted. So ordered. Order cause reinstated. All discovery to be completed by 10/8/2008. Status hearing set for 10/8/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.